ACCIDENT INDEX BUREAU, INC., AND HILLSIDE METAL PRODUCTS, INC., BOTH CORPORATIONS OF THE STATE OF NEW JERSEY, PLAINTIFFS-APPELLANTS, v. RAYMOND F. MALE, COMMISSIONER OF THE DEPARTMENT OF LABOR AND INDUSTRY, AND HERBERT KORANSKY, DIRECTOR OF THE DIVISION OF WORKMEN'S COMPENSATION, DEFENDANTS-RESPONDENTS.

Argued January 8, 1968—Decided January 22, 1968.

*Mr. Edward B. Meredith* for appellants (*Messrs. Meredith, Meredith & Demski,* attorneys).

*Mr. Stephen Skillman* for respondents (*Mr. Arthur J. Sills,* Attorney General, attorney; *Mr. Alan B. Handler,* of counsel).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Kilkenny in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.